Case No: _____   Inmate Name: Louis Andrew Wallace

Date: 3/14/17   Inmate IDOC#: 72742

Document Title: Prisoner Complaint

Louis A. Wallace IDOC No 72742
(full name/prisoner number)   Total Pages: 3   Inmate Initials Verifying Page Count: LW

C/O ISCI, unit 15   Document(s) #1 of 3
P.O. Box 14
Boise, ID 83707-0014
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

LOUIS ANDREW WALLACE,
(full name)
        Plaintiff,

v.

TIM BEAUDOIN, ADAM CRIST,
Sgt. CORY STAMBAUGH, JASON
GREEN, JORDAN McCARTHY,
MICHELLE DeGRANGE and
BOISE POLICE DEPARTMENT,
        Defendant(s).

Case No.  1:17-cv-00118-REB
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

(if you need additional space, use a blank page for a continuation page)

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☐ Other federal statute (specify) _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Louis A. Wallace. I am a citizen of the State of Idaho,

presently residing at Idaho Correctional Institution, P.O. Box 14, Boise, Idaho.

PRISONER COMPLAINT - p. 1   (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Tim Beaudoin** (defendant), who was acting as **a Police officer** (job title, if a person; function, if an entity) for the **Boice City Police Department** (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **June 8th, 2016** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Defendants' Tim Beaudoin, Adam Crist, Sgt. Cory Stambaugh, Jason Green, Jordan McCarthy, Michelle DeGrange all Boice City Police Officers Detained me at gun point without any arrest warrant and absent Probable Cause. After they had detained me, at my appartment they searched my car which was legally parked in its parking space in addition to searching my appartment and the grounds around it despite the fact that I told them they did not have my permission, and absent a Search Warrant. This was done as part of an established written Boise City Police Department Policy that was put into effect by the command of the Department.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

The above actions by the Defendants violated Plaintiff's Fourth Amendment Rights of the United States Constitution.

4. I allege that I suffered the following injury or damages as a result:

My rights to Privacy was violated and damage was done to my car and appartment.

5. I seek the following relief: Plaintiff seeks Compensatory Damages in the amount of $20,000 from each Defendant.

6. I am suing Defendant in his/her ☒ **personal capacity** *(money damages from Defendant personally)*, and/or ☒ **official capacity** *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ **Defendant is an entity** *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          | None      |                |         |
|       |          |           |                |         |
|       |          |           |                |         |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ◯   do not ☒   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

_____
_____
_____
_____

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 3-14-17 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at ISCI *(Location)* on 3-7-17 *(Date)*.

*Louis Wallace*
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3_    *(Rev. 10/24/2011)*